6.16cv221-ORL-22TBS

United States District Court
Clerk of Court
401 W Central Blvd Ste
1200
Orlando Fla 32801-0120

RE: Zorid Mae
Mattox\ Zorada
Mae Mattox\
Zorada Mae Smith
Mother Mother
Mother Ola Mae
Maddox Property
of James Lee Smith
Jack-A-Diamond
Mary Mongamary

Petitioner / Complaint

Records OrinGinal                                          ①

I am Richard Jerome Smith
I am 100% disabled under

the American Disability Act 1999 and 1998 I am looking into all the lang and estate that my mother had and my father, mother Zorada Mae Mattox she was from Greenville North Califiona and father is from Thomasville Ga I was a young man now I am old I am tring to receive information on all relative so I can get help with and heart operation RichardJNelson@gmail.com Please Contact 407-255-3728

Richard Jerome Smvel

I also had money taken from 2013 - 2014 I was on drugs I couldn't understand what was going on they wus stilling everything I had clothes, tools, Money, Federal paper D 160 USCA 637 Discrimination Federal Regulation Code

USCA 212.08, 21232, 12132,

(3)

Property of James Lee Smith and zorida Mae Mattox, William Mattox Mary, Mongarmy "I am Lot" Richard Jerome Smith

over

I have a surpose to be son that aren't mine his Mother Margie Ann Gowins his name Richard Jermaine Smith 10-19-81

FILED 2/8/16 Date Time CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

Richard Jermaine Smith me 10-08-1957@yahoo.com
10-08-1957@Yahoo.com
Shorty 10-8-1957@yahoo.com
RJS@Yahoo.com
RJS@gmail.com

(18th Amendment Violation "ADA" cruel and Unusual Punishment

Fresh Start Ministries
4436 Edgewater Dr
Orlando Fla 32801

Conspiracy on Fresh Start Ministries because of Pastor Tim and Lilie Hunter.

(4)

I am the Brevard County Jail Pastor Tim force'd me off the program at Fresh Start Ministries I had mental Issue they place me on the merciful seat I ended up into my back pass of my mother Zorida Mae Smith a queen from the tribe of Juda Greenville South Calinia Father James Lee Smith from Thomasville, Ga both are dead I am studing my family History Charles Marrow Priest and Ola Mae Maddox

Richard Jerome Smith   birth 10-08-1951
860 Camp Road
Cocoa, Fla 32927

Investigate 27 years in business Read from Records of opening Imbery Records

over on back please

Fresh Start conspiracy on Ministries staff have violate ADA Rules Subsiby charitable Federal Financil assistance 794 American disability Act 1990, 1999

**BREVARD COUNTY JAIL COMPLEX**
**INMATE REQUEST FORM**

| BAG NO. | CELL NO. | DATE |
|---|---|---|

INMATE PRINTED NAME

INMATE SIGNATURE

REQUEST

he made me leave the program

I um 100% disabled ADA

please Investigate

REQUESTED FOR:
☐ JAIL COMMANDER   ☐ PROPERTY AGENT
☐ SHIFT SERGEANT   ☐ CORRECTIONAL OFFICER
☐ CHAPLAIN         ☐ CLASSIFICATION OFFICER
☐ INMATE ACCOUNTS  ☐ OTHER _____

TO BE COMPLETED BY PERSON TAKING ACTION — PLEASE COMPARE SIGNATURES

ACTION TAKEN

Frist Start been in business for 27 years by Ms Kelly we can not go to other churches to get prayer which are my religious freedom Article 1 Declaration of Rights section 3 Religious freedom Violated by Fresh Start Ministries

INMATE SIGNATURE FOLLOWING ACTION

| ACTION COMPLETED BY | DATE |
|---|---|

RISO REV 1/08